

**FILED**
APR 17 2009
DAVID CREWS, CLERK
BY:_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LILLIE V. AKIN                                                 PLAINTIFF

VS.                                              CAUSE NO. 1:09CV105-M-D

WILLIAMS TRANSFER AND STORAGE
COMPANY, INC., AND AMERICAN VAN &
STORAGE CO., INC.                                           DEFENDANTS

<u>NOTICE OF REMOVAL</u>

TO:      Joyce Roberts Loftin
          Circuit Court Clerk, Lee County
          P.O. Box 762
          Tupelo, MS 38802

          Lee County Circuit Court Cause Number: CV09-030

          Michael D. Tapscott
          Holland, Ray, Upchurch & Hillen
          P.O. Drawer 409
          Tupelo, MS 38802

In accordance with 28 U.S.C. §§1331, 1337(a) and 1446(b) you are hereby notified that Defendants, Williams Transfer and Storage Company, Inc. and American Van & Storage Co., Inc. enter their special appearance through counsel and remove this action from the Circuit Court of Lee County, Mississippi, to the United States District Court for the Northern District of Mississippi, Eastern Division. The Defendants support the removal as follows:

       1.      On or about March 20, 2009, an action was commenced against Defendants in the Circuit Court of Lee County, Mississippi, entitled *Lillie V. Akin v Williams Transfer and Storage Company, Inc., and American Van & Storage Co., Inc.* with the assigned cause number of CV09-030. The following documents are attached as exhibits and incorporated herein:

1

- That portion of the state court record, including executed process, is attached hereto as Exhibit 1 and the remainder has been requested and will be filed upon receipt; and

- Plaintiff Lillie Akin's Presentation of Loss and Damage Claim is attached hereto as Exhibit 2.

2. Defendant Williams Transfer and Storage Company, Inc.'s first receipt of Plaintiff's Original Petition was through service of the Citation and Petition on it on or about March 20, 2009. No other pleadings have been filed. The remaining Defendant, American Van & Storage Co., Inc., has consented and joins in this removal notice.

3. This Notice of Removal is filed within thirty (30) days of Defendants' first notice or receipt of Plaintiff's Original Coplaint and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

4. The above described action is a civil action of which this Court has original jurisdiction under the provisions of 49 U.S.C. § 14706 (Carmack Amendment), and may be removed to this Court by Defendants pursuant to the provisions of Title 28 U.S.C. §§ 1441 and 1445(b), in that the above-described action is a civil action involving a claim by Plaintiff for alleged loss and damage to a shipment of household goods that was being transported in interstate commerce from Shreveport, Louisiana to Tupelo, Mississippi. This action could have originally been brought in this Court. The above-described action arises out of the interstate contract of carriage and the applicable Carmack Amendment, 49 U.S.C. §14706, which governs the liability of a carrier providing transportation services in interstate commerce within the jurisdiction of the Surface Transportation Board. Plaintiff's Original Complaint, which is incorporated herein as if fully set forth, details additional factual allegations falling within the

federal question jurisdiction provided by 49 U.S.C. § 14706, 28 U.S.C. § 1331 § 1337(a). Furthermore, the claims made in Plaintiff's Original Petition are completely preempted and removable pursuant to *Hoskins v. Bekins Van Lines*, 343 F.3d 769 (5th Cir. 2003).

5. Plaintiff's Complaint does not state on its face the amount of damages she seeks. However, the Claim attached hereto as Exhibit 2 indicates that Plaintiff seeks damages in excess of $ 10,000.00 (Exhibit2). Courts will typically look beyond the face of a complaint in order to determine whether removal is proper. *Baccus v. Parrish*, 45 F.3d 958, 961 (5th Cir. 1995); *Villareal v. Brown Express*, 529 F.2d 1219, 1221 (5th Cir. 1976); *Keating v. Shell Chemical Co.*, 610 F.2d 328, 331 (58th Cir. 1980); *Hale v. TaTa Corporation*, 502 F.Supp.502 (S.D. Tex. 1980); 14C Wright, Miller & Cooper, *Federal Practice and Procedure, Juris 3rd*, § 3734 (2006 Supp.). Where, as here, the petition does not include a specific monetary demand, Defendant can establish that the amount in controversy exceeds $ 10,000.00 because the claims are likely to exceed the statutory minimum, and by showing the Court evidence that supports a finding of the requisite amount. *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002); *DeAuilar v. Boeing Co.*, 11 F.3d 55, 58 (5th Cir. 1993); *Valizadeh v. Wal-Mart Stores, Inc.*, 2005 WL 3262556 (S.D. Tex. 2005); *Lewis v. State Farm Lloyds*, 205 F.Supp.2d 706, 708 (S.D. Tex. 2002). The attached Exhibit 2 clearly demonstrates that the amount in controversy requirement has been satisfied. Pursuant to the damages claimed by Lillie V. Akin, Plaintiff's claim for damages to the interstate shipment of goods is in the amount of at least $ 10,000.00.

6. Title 28 U.S.C. § 1441(b) provides that:

> Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under . . . the laws of the United States shall be removable without regard to the citizenship or residence of the parties."

Title 28 U.S.C. section 1337(a) provides that:

> The district courts shall have original jurisdiction of any civil action or proceeding arising under any Act of Congress regulation commerce or protecting trade and commerce against restraints and monopolies: *Provided, however*, That the district courts shall have original jurisdiction of an action brought under section 11706 or 14706 of title 49, only if the matter in controversy for each receipt or bill of lading exceeds $ 10,000.00 exclusive of interest and costs.

Title 28 U.S.C. § 1445(b) makes non-removable "a civil action in any state court against a carrier. . .to recover damages for delay, loss, or injury of shipments arising under Section 11706 or 14706 of Title 49, ... unless the matter in controversy exceeds $ $10,000.00 exclusive of interest and costs."

7. Since Plaintiff's claims against Defendants arise from interstate transportation of Plaintiff's goods, and since Plaintiff's claims exceed $ 10,000.00 this matter is properly removed.

8. Written notice of the filing of this Notice of Removal has been given to all parties herein, and a copy of this Notice has been mailed to the Circuit Clerk of Lee County, Mississippi.

WHEREFORE, Defendants remove this action from the Circuit Court of Lee County, Mississippi, to this court on or about this 16th day of April, 2009, pursuant to 28 U.S.C. § 1446.

Respectfully submitted,

WILLIAMS TRANSFER AND STORAGE COMPANY, INC.

By Its Attorneys

DunbarMonroe, PA

BY: _____
Clark Monroe
(*gcmonroe@dunbarmonroe.com*)

4

Counsel for:
Williams Transfer & Storage
Company, Inc.

G. Clark Monroe, Esq. (MSB # 9810)
DunbarMonroe, PA
270 Trace Colony Park, Suite A
Ridgeland, Mississippi 39157
Telephone (601) 898-2073
Facsimile (601) 898-2074

                                        AMERICAN VAN & STORAGE CO, INC.

                                        By Its Attorneys

                                      Butler, Snow, O'Mara, Stevens & Cannada, PLLC

                                      By: /s/ Malissa W. Winfield
                                           Malissa W. Winfield
                                           *(malissa.winfield@butlersnow.com)*

Counsel for:
American Van & Storage Co., Inc.

Malissa W. Winfield (MSB # 100751)
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P.O. Box 22567
Jackson, Mississippi 39225
Telephone (601) 985-4409
Facsimile (601) 985-4500

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on via U.S. Mail, on the following:

>Joyce Roberts Loftin
>Circuit Court Clerk, Lee County
>P.O. Box 762
>Tupelo, MS 38802
>
>Michael D. Tapscott
>Holland, Ray, Upchurch & Hillen
>P.O. Drawer 409
>Tupelo, MS 38802

This the 16th day of April, 2009.

_____
Clark Monroe

Jackson 3865918v.1

IN THE CIRCUIT COURT OF LEE COUNTY, MISSISSIPPI

LILLIE V. AKIN                                                                      PLAINTIFF

V.                                                          CAUSE NO. CV09-030(R)(L)

WILLIAMS TRANSFER AND STORAGE           DEFENDANTS
COMPANY, INC., AND AMERICAN VAN &
STORAGE CO., INC.

### SUMMONS
(Process Server)

THE STATE OF MISSISSIPPI

TO:   Williams Transfer and Storage Company, Inc.
      Albert G. Delgadillo, Registered Agent
      105 South Front Street
      Tupelo, Mississippi 38802

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

    You are required to mail or hand-deliver a copy of a written response to the Complaint to MICHAEL D. TAPSCOTT, the attorney for the Plaintiff(s), whose post office address is POST OFFICE DRAWER 409, TUPELO, MISSISSIPPI 38802-0409, and whose street address is 322 JEFFERSON STREET, TUPELO, MISSISSIPPI 38804. Your response must be mailed or delivered with (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

    You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

    Issued under my hand and the seal of said Court, this 19th day of March, 2009.

                                                 Circuit Clerk of Lee County, Mississippi



                              J. Aytin / W. Watson

[SEAL]



EXHIBIT A

03/23/2009 11:25 6628449749 WILLIAMS TRANSFER PAGE 03/07
03/20/2009 18:13 FAX 6628428450 MMS-TUPELO ⌀002/007

# MITCHELL, McNUTT & SAMS
A PROFESSIONAL ASSOCIATION

215 FIFTH STREET NORTH
POST OFFICE BOX 1366
COLUMBUS, MISSISSIPPI 39703-1366
(662) 328-2316
FACSIMILE (662) 325-8035

1216 VAN BUREN
POST OFFICE BOX 947
OXFORD, MISSISSIPPI 38655
(662) 234-4845
FACSIMILE (662) 234-9071

105 SOUTH FRONT STREET
POST OFFICE BOX 7120
TUPELO, MISSISSIPPI 38802-7120
(662) 842-3871
FACSIMILE (662) 842-8450

505 WALDRON STREET
POST OFFICE BOX 1200
CORINTH, MISSISSIPPI 38835-1200
(662) 286-9931
FACSIMILE (662) 286-8884

22 NORTH FRONT STREET,
SUITE 1030
MEMPHIS, TENNESSEE 38103
(901) 527-2582
FACSIMILE (901) 527-2581

ALBERT G. DELGADILLO
DIRECT (662) 620-6284
EMAIL: adelgadillo@mitchellmcnutt.com

March 20, 2009

VIA FACSIMILE
844-9749
AND U.S. MAIL

Mr. J. Michael Williams
Williams Transfer & Storage Company, Inc.
P.O. Box 908
Tupelo, MS 38802

    Re: Lillie V. Akin v. Williams Transfer and Storage Company, Inc.
        Circuit Court of Lee County
        Cause No. CV09-030(R)(L)

Dear Mike:

    As we discussed in our telephone conversation this afternoon, I am enclosing the Summons and Complaint in the above referenced matter which I was served with today, March 20, 2009. A written response must be filed within 30 days from this date. It is important for you to place your insurance carrier on immediate notice of this lawsuit. Please let me know if I can be of any assistance in this matter.

    With best regards, I am

                          Sincerely yours,

                          MITCHELL, McNUTT & SAMS, P.A.

                          Albert G. Delgadillo

AGD/cn
Enclosure

820435_1





| Pg 2 Article | Description of Damages | Age / Date Purchased | Original Cost | Replacement Cost Today | Cost of Repair | 1/2 form 1/2 haul |
|---|---|---|---|---|---|---|
| 331/332  8. 1 sleigh bed master bedroom | trim broken and missing at foot and head - Lexington - | 2001 (?) 2002 | $1,7?? | $1,752 (?) | (?) | R 300-1000 |
| 9. Designer coverlet (drapes - pillows) for sleigh bed | Burgundy/ Beige Made by Marge Wismer | 2001 or 2 | $1,075 | $2,000 (?) she has moved from area | — MISSING ? MISSING |  |
| 10) curtain rods for 4 bedrooms drapes - broken | broken and/or missing | 2000, 01, 02 | ? $400 ? | ? | ? |  |
| 11) painting | Ducks Unlimited "Night flight" damaged frame | ? | $500 | ? panel | PACK ? (order the missing part) R-100-500 | HAUL |
| 12) 1 glass top table - Henredon | insides missing (Henredon table seats 8-10) $5000 | 2001 | $1,500 | ? same | ?  FOUND WITH |  |
| 13) 1 chrome table La Bouge | glass top missing | 2000 | $1,500/ each $6000 total | ? same | ? NH transit related  ? | |
| 14. 4 chairs | Henredon tables matching chairs - multiple nicks on arms - back - legs. | 2001 |  |  | no way  Crated  3rd party | |
| 15. Table for ... | Marble top arrived ... | 2000, 2001 | $1600 | $1600 (?) |  |  |

Page 3

| # | Article | Description of Damages | Age / date of purchase | Original cost | Replacement cost | Cost of repair |
|---|---|---|---|---|---|---|
| 16 | 1 Round living room table with marble top | Marble top delivered in 4 pieces | 2000-'01 | $1,200 | $1,200 ? | New marble top — ? 3rd party — broken marble (noted) |
| 17 | Boston Rocker Thomasville | right arm damage | ? 1997(?) | $400 ? | $400 (?) | redo arm Climatic — ?? |
| 18 | 2 beds — upstairs missing parts (unknown from your company. David they couldn't put them together — parts missing.) | 2 Wesley Allen beds — parts missing — must have so beds can be put together | 2001-(?) | $1,700 each $3,400 | $3,400 (?) | get missing parts ordered — 2 Missing from ??? |
| 19 | 1 bed captains master Thomasville-King | 2 posts are broken on one side of bed. Some are "yanked" them off, rather than unscrewing them. | 2000-'01 | $1,895  #36611- 476 (on invoice) | $1,895 (?) | get it repaired (?)  RC 400 |
| 20 | 1 home painting John Richard | glass broken | 2000-'01 | $499 | $499 (?) | replace glass — Pick- R150- 300 (?) |

Page 4.

| Article | Description of Damages | Age/date of purchase | Original cost | Replacement cost | U.S. cost of Repair |
|---|---|---|---|---|---|
| 21) 3 lamps shades damaged | shades damaged - nums I cannot use lamps. | 2001-6 b2 | $599.⁰⁰ $699.⁰⁰ $799.⁰⁰ | same | replace shades Pack |
| 22) 1 horse large decorator item John Richard designer. | missing trim | 2001-02? | $499.⁰⁰ | same? | ? W+H |
| | | | $500 (?) | ? L ? | ? Pack |
| 23) 1 lucite stationary holder | front broken off | ? | | | replace Pack the one off. |
| 24) 1 broken egg in silver container part of set of 3. Kinder Harris | broken egg | ? | 150 each set is $450 | $450 | |
| 25) 1 lamp damage top shade Kinder Harris | broken top ornament | 2002-? | $25.⁰⁰ | $25 (?) | repair Pack top? |
| 26) 1 lamp Kinder Harris chipped. | chipped | 2001-02. | $499.⁰⁰ | $499 (?) | (?) Pack |
| 27) 1 Chinese Chippendale table - edge scratched | table edge damage | ? | $3500 | $3500 | (?) R800-900 Hand $.460 |

Page 5.

| Article | Description of Damages | Approx/Date Purchase | Original Cost | Replacement Cost | Cost of Repair | |
|---|---|---|---|---|---|---|
| (28) Ernest Hemingway Decapour piece in entry Hall — Maitland Smith | ruined top & corner & chip out of it. | ~2000-01 | $3500.⁰⁰ | $3500.⁰⁰ (?) | (?) | c/o 4,752.50 w/ $3500 w/ |
| (29) 1 decorator chair / tassels living room — Country French — *A.G.W., Century | arm off. | 2000-01 | $2499 | $2499 (?) | replace arm — & have it. | RIEO At Hacker |
| (30) 1 Sofa — liv. room Century | fabric torn on bottom and rollers off (missing) | 2000-01 | $4300 | $4300 (?) | replace rollers — mend bottom of Sofa (?) | R75.50 |
| (31) Planter and plants living room Maitland Smith | silk plants ruined | 2000-01 | $425 | $425 (?) | replace plants. | PICK |
| (32) 2-2½ ft. tall planter. Florita Nova | container bottom — broken. | 2000-01 | $399.⁰⁰ | $399 (?) | need new planter | PICK |
| (33) 1 bedroom furniture dresser mirror Wesley Allen Pulaski | mirror broken | 2000-01 | $425 | $425 (?) | replace mirror (?) | PICK |
| (34) 1 dank ripped Dinner plate | broken | ? | $22.50 | $22.50 (?) | replace (?) | PICK 50 |

41. Pic Frame          glass broken frame ruined          MF Pock  R 100-250

42. Curio Cabinet      top ??? scratched across ??? ???        R 600-000  Perm
                       of ??? and chipped                              Whse
                       left base - Beige
                       middle base - chip
                       right end - ???

    Beige??? Plate     broken                              D?? Pock

    ??? ???            glass ???                           ??? ???

    ??? ???            ??? ???                             M? P???
                       2 ???

    ???                ??? ??? ???                         ??? ???

47. Silk flower arrangement   ??? ???                      ??? ????
       ??? ???

48. 2 small pic frames        Ewer                         ??? ???

??. Brass mirror frame        ??? ???                     MF Pock

PAGE 12/13        WILLIAMS TRANSFER        6628449749        01/11/2008 14:39

Page 6.

| # | article | description of damage | age/date of purchase | Original Cost | Replacement Cost | cost of repair | |
|---|---|---|---|---|---|---|---|
| 35 | 1 container for entry wait land Smith Centerpiece | missing container | '01 — | $425.00 | $425 (?) | replace container | Missing in PACK |
| 36 | 3 bulbs in use of florals — | broken | '01 — | ? $50 ea | $50 ? | replace | PACK |
| 37 | 1 Christmas ornament | broken | ? — packed mine | $1.00 | $100 (?) | (?) | PACK crated 3rd (?) broken |
| 38 | 1 pier Chest by Thomasville Bachelors chest | marble top / broken | '01 (?) | $844.00 / $7115.00 | $896.00 / $7115.00 | ? | closed w/ R250 |
| 39 40 | 1 Torchiere lamp / 1 platinum Humidor curio — chipped | top gone | — '02 (?) | | | $4092.50 | |

* I called the day of the unloading on these problem / broken / missing went astronomical in number, but you (and another call to another rep.) said you would send me papers to fill out, and didn't want to come out to see the damage — So, I continued to employ 2 men + 2 women to unpack and put away —
NEVER did you mention needing inventory numbers and/or weight!! I gave you the boxes back (which the man said was usual) — none mentioned any of the other on your list — like weight — I have been in an automobile accident and you were gracious over the phone ... to take my time. I have made several trips to "old Hancock ..." 

Add-ons

page 7

Due to "points" when I discovered the truth about of our of my elevators from Newcastle — Karen Turner she was helpful, his wife also invoice and prices of items she was instrumental in my purchasing — Her cell is 662-322-3062 home — 662-841-0222.

I have employed Karen to help me in making their stores information accessible comprehensible. She has really taken a deep looking for records, and picking up discharge — I haven't even looked at the 3 chandeliers in the garage —

I had "150" pieces on my furniture while in storage — I feel with this kind of damage, there was vandalism movement in the storing — or moving event — or packing of my furniture! — On bill they keep a "whistle? — the integrity things in my china cabinet — (and) I had a lot) had very minor damage! — It's got this taken care of so I can put my home together. Thanks —

Gillie Allen

To: Williams Transfer & Storage
Post Office Box 908
Tupelo, Ms. 38801
1-800 752 6350
attention Donna Chapman

Claimant NAME
Lillie / Raymond F. Akin
Address:
2538 St. Andrews Dr.
BELDEN, MC 38826
home phone 662 841 2223
 cell - Lillie - 619 961 7177
 cell - Raymond - 619 961 7140

Furniture was in climate controlled storage 3 years
Shipment moved from: October 21 '04
Tupelo (VERONA) Mississippi
To:
  Shreveport, La. — Stored until late October 2007
  then shipped back to BELDEN (Tupelo) Ms.
  on Oct-16 — then continue on 17+18 (2 mens & daughter)
— There was a pick up date — Storage (all by your self) then pick up — Delivery back to Tupelo —

Shipment was in a warehouse in Shreveport, La.
I was told this was a large climate controlled
facility. I had $150,000.00 insurance on
my stored furniture.

I, Lillie Akin, am the owner of the
furniture Valued between $200,000 & $300,000

you never issued a certificate. you just
increased my amount to pay monthly —
check your records.